NOT  DESIGNATED  FOR  PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Dale Robin Miller
Louisiana State Penitentiary DOC No. 479
Camp D, E-4
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on August 17, 2022

**REHEARING ACTION: August 17, 2022**

**Docket Number: 22   00218-KH**

**STATE OF LOUISIANA
VERSUS
DALE ROBIN MILLER
A/K/A RUSSEL RALSTON
A/K/A GEORGE BATHAN**

**Writ Application from Lafayette Parish Case No. 2001-CR-92141**

**BEFORE JUDGES:**

**Hon. Van H. Kyzar
Hon. Candyce G. Perret
Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Dale Robin Miller** is:

**REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Donald Dale Landry, Counsel for  the Respondent